UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                  :
LORAINE FINDLEY,             :

                  Plaintiff   :                  23-CV-0946 (VSB)

       -against-         :
                         :        **ORDER AND NOTICE OF**
CITY OF NEW YORK, NEW YORK CITY  :      **INITIAL CONFERENCE**
HEALTH AND HOSPITAL CORP., HENRY :
J.CARTER SPECIALTY HOSPITAL AND :
NURSING HOME, HENRY J. CARTER, In :
His Individual and Official Capacities, :
FLOYD LONG, In His Individual and Official :
Capacities, JEANETTE ROSARIO, In Her :
Individual and Official Capacities, NYRON :
MCLEISH, In His Individual and Official :
Capacities, DEBBIE JACQUES, In Her :
Individual and Official Capacities, JEAN :
JACQUES BLITSTEIN, in his Individual and :
Official Capacities, KAREN ZEMSKY- :
CZIZIK, In Her Individual and Official :
Capacities, :
                           :
            Defendants.  :
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      This case has been assigned to me for all purposes. It is hereby:

      ORDERED that the Court will not be holding an initial pretrial conference.

      IT IS FURTHER ORDERED that, by July 28, 2023, the parties submit a joint letter, not to exceed three (3) pages, providing the following information in separate paragraphs:

1. A brief description of the nature of the action and the principal defenses thereto;

2. A brief explanation of why jurisdiction and venue lie in this Court. If any party is a corporation, the letter shall state both the place of incorporation and the principal place of business. If any party is a partnership, limited partnership, limited liability company or trust, the letter shall state the

      citizenship of each of the entity's members, shareholders, partners and/or trustees;

3. A brief description of all contemplated and/or outstanding motions;

4. A brief description of any discovery that has already taken place, and/or that which will be necessary for the parties to engage in meaningful settlement negotiations;

5. A brief description of prior settlement discussions (without disclosing the parties' offers or settlement positions) and the prospect of settlement;

6. The estimated length of trial; and

7. Any other information that the parties believe may assist the Court in advancing the case to settlement or trial, including, but not limited to, a description of any dispositive issue or novel issue raised by the case.

IT IS FURTHER ORDERED that the parties also jointly submit to the Court a proposed case management plan and scheduling order. A template for the order is available at http://nysd.uscourts.gov/judge/Broderick. The status letter and the proposed case management plan should be filed electronically on ECF, consistent with Section 13.1 of the Court's Electronic Case Filing (ECF) Rules & Instructions, available at https://nysd.uscourts.gov/rules/ecf-related-instructions.

SO ORDERED.

Dated: July 21, 2023
       New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge