UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LORAINE FINDLEY,<br><br>                Plaintiff,<br><br>-against-<br><br>CITY OF NEW YORK, et al.,<br><br>                Defendants. | 23-CV- 00946 (LTS) (RFT)<br><br>**STATUS<br>CONFERENCE ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      This action is scheduled for a telephonic Status Conference on, **Friday, March 22, 2024 at 4:00 PM**. Counsel for Plaintiff and for all Defendants who have not reached a settlement agreement with Plaintiff are directed to call my conference line at the scheduled time. **Please dial (646) 453-4442, Access Code: 139 600 434#.** The parties should be prepared to discuss the status of discovery and whether a settlement conference before me would be productive. If this date is not convenient for the parties, counsel should email my chambers at [TarnofskyNYSDChambers@nysd.uscourts.gov](mailto:TarnofskyNYSDChambers@nysd.uscourts.gov) by **5 PM, Wednesday, March 20, 2024,** to propose other times either on Friday, March 22, 2024 or Thursday, March 28, 2024.

DATED:    New York, New York
               March 19, 2024

SO ORDERED.

_____
ROBYN F. TARNOFSKY
United States Magistrate Judge