UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

LORAINE FINDLEY,

                      Plaintiff,

   -against-

CITY OF NEW YORK, et al.,

                      Defendants.

-------------------------------------------------------x

No. 23-CV-00946-LTS-RFT

ORDER OF DISMISSAL AS AGAINST CERTAIN DEFENDANTS ONLY

       The Court has been advised that this action has been or will be settled as against certain defendants only.  Accordingly, it is hereby ORDERED that this action is dismissed as against the City of New York, the New York City Health and Hospitals Corporation, Henry J. Carter Specialty Hospital and Nursing Home, and Floyd Long, Jeanette Rosario, Nyron McLeish, Debbie Jacques, Jean-Jacques Blitstein, and Karen Zemsky-Czizik, in their individual and official capacities, without costs to any party, but without prejudice to restoration of the action to the calendar of the undersigned as against any or all of those defendants if an application to restore the action is made within thirty (30) days of the date of this Order.  If a party wishes the Court to retain jurisdiction in this matter to enforce any settlement agreement with respect to any or all of those defendants, they must move to restore the action and submit the settlement agreement to the Court before this thirty (30)-day period expires.  To extend the thirty (30)-day period, for purposes of restoring the action or finalizing or submitting the settlement, a party must make a letter application before the period expires.

       If no application to restore the action or extend the time within which it may be settled is made before the expiration of the 30-day period and any extensions thereof, today's

dismissal of the action is with prejudice as to the enumerated defendants.

    SO ORDERED.

Dated: New York, New York
      March 20, 2024

    /s/ Laura Taylor Swain
    LAURA TAYLOR SWAIN
    Chief United States District Judge