UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LORAINE FINDLEY,<br><br>                Plaintiff,<br><br> -against-<br><br>HENRY J CARTER,<br><br>                Defendant. | 23-CV-00946 (LTS)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      Defendants did not appear for the status conference scheduled for earlier today (ECF 64). I am sua sponte rescheduling the status conference to **Thursday, March 28, 2024 at 11:00 AM.** Counsel for the parties are directed to call my conference line at the scheduled time by dialing **(646) 453-4442, Access Code 311 728 732#.**

      Counsel for Defendant Henry J Carter is expected to appear for the rescheduled status conference and to confirm their intention for doing so by filing a letter on the docket by **5:00 PM on March 25, 2024**, on pain of sanctions. The March 25 letter should include an explanation for his or her failure to appear this afternoon.

DATED:  March 22, 2024
              New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge