UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LORAINE FINDLEY,<br><br>             Plaintiff,<br><br> -against-<br><br>CITY OF NEW YORK ET AL,<br><br>             Defendant. | 23-CV-00946 (LTS)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

By Order of Reference dated February 16, 2024 (ECF 62), Judge Laura Taylor Swain referred this case to Magistrate Judge Sarah Netburn for General Pretrial, which includes settlement. On February 20, 2024, that referral was reassigned to me.

On March 28, 2024, I held a status conference with the parties. For the reasons stated during the status conference, the fact discovery deadline is extended to and through **May 15, 2024**.

A settlement conference is scheduled for **Wednesday, May 8, 2024 at 2:00 p.m.** in Courtroom 9B at 500 Pearl Street, New York, NY, 10007. If this date is not convenient for the parties, counsel should e-mail my chambers at TarnofskyNYSDChambers@nysd.uscourts.gov by **April 11, 2024**, to propose three alternative dates and times for the settlement conference during the week of May 6, 2024.

The parties are instructed to complete the Ex Parte Settlement Conference Summary Report and prepare pre-conference submissions in accordance with my Individual Rules of Practice. Pre-conference submissions must be received no later than **May 1, 2024, at 5:00 p.m**. Corporate parties must send the person with decision-making authority to settle the matter to the conference. If attending in person presents a hardship for any party, they may submit a letter on the docket explaining the situation and the reasons why they believe the settlement conference should be held remotely.

DATED:  March 28, 2024
             New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge