UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LORAINE FINDLEY,<br><br>　　　　　　　Plaintiff,<br><br>　-against-<br><br>HENRY J. CARTER,<br><br>　　　　　　　Defendant. | 23-CV-00946 (LTS) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

　　The settlement conference scheduled for May 8, 2024, is adjourned sine die. This action is scheduled for a telephonic status conference on **May 17, 2024**, at **12:00 PM**, at which time the parties will be directed to discuss the status of discovery. The parties are directed to call my Microsoft Teams conference line at the scheduled time. **Please dial (646) 453-4442, Access Code: 756 747 511#**.

　　If the parties are not available at this date and time, please jointly confer and email four dates of availability to TarnofskyNYSDChambers@nysd.uscourts.gov within 48 hours of this order.

DATED:　May 7, 2024
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　**ROBYN F. TARNOFSKY**
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge