UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LORAINE FINDLEY,<br><br>      Plaintiff,<br><br> -against-<br><br>HENRY J. CARTER,<br><br>      Defendant. | 23-CV-00946 (LTS) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  This action is scheduled for a telephonic status conference on **June 20, 2024**, at **11:00 AM**, at which time the parties will be directed to discuss the status of discovery. The parties are directed to call my Microsoft Teams conference line at the scheduled time. **Please dial (646) 453-4442, Access Code: 254 861 0#**.

  If the parties are not available at this date and time, please jointly confer and email four dates of availability to TarnofskyNYSDChambers@nysd.uscourts.gov within 48 hours of this order.

DATED: June 17, 2024
     New York, New York

                    SO ORDERED.

                    **ROBYN F. TARNOFSKY**
                    United States Magistrate Judge