UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LORAINE FINDLEY,<br><br>                    Plaintiff,<br><br>          -against-<br><br>HENRY J. CARTER,<br><br>                    Defendant. | 23-CV-00946 (LTS) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

This action is scheduled for a telephonic status conference on **September 3, 2024**, at

**11:30 AM**, at which time the parties will be directed to address the discovery disputes raised in

Defendant's letter dated August 22, 2024, *see* ECF 94. The parties are directed to call my

Microsoft Teams conference line at the scheduled time. **Please dial (646) 453-4442, Access**

**Code: 136 457 394#.**

If the parties are not available at this date and time, please jointly confer and email four

dates of availability to TarnofskyNYSDChambers@nysd.uscourts.gov within 48 hours of this

order.

DATED:  August 26, 2024
           New York, New York

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge