UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LORAINE FINDLEY,<br><br>                              Plaintiff,<br><br>         -against-<br><br>HENRY J. CARTER,<br><br>                              Defendant. | 23-CV-00946 (LTS) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Pursuant to my order dated August 15, 2024 (ECF 93), discovery was scheduled to close in this matter on September 13, 2024.

Accordingly, the parties are directed to file a joint letter confirming that all discovery in this matter is complete by **September 20, 2024**.

DATED:  September 17, 2024
             New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge