UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

LORAINE FINDLEY,

                     Plaintiff,

     -against-                                       No. 23-CV-00946-LTS-RFT

HENRY J. CARTER,

                     Defendant.

-------------------------------------------------------x

## Order

        Pending before the Court is defendant Henry J. Carter's motion for summary judgment. (Docket entry no. 103.)

        The parties are directed to proceed with briefing in accordance with S.D.N.Y. Local Civil Rule 6.1.

        SO ORDERED.

Dated: New York, New York                       /s/ Laura Taylor Swain
       September 23, 2024                      LAURA TAYLOR SWAIN
                                                         Chief United States District Judge