UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

LORAINE FINDLEY,

                Plaintiff,

     -against-                                           No. 23-CV-00946-LTS-RFT

HENRY J. CARTER,

                Defendant.

-------------------------------------------------------x

## Order

Pending before the Court is defendant Henry J. Carter's motion for summary judgment. (Docket entry no. 103 (the "Motion").)

Absent from Defendant's filing is a statement of material facts, as required by S.D.N.Y. Local Civil Rule 56.1 ("56.1 Statement"). Accordingly, Defendant is directed to respond to Plaintiff's 56.1 Statement, filed at docket entry no. 113, by **October 22, 2024**. Plaintiff may thereafter file a reply by **October 29, 2024**.

The deadline for Defendant to file reply papers in further support of the Motion is additionally extended to **November 6, 2024**.

SO ORDERED.

Dated: New York, New York
        October 15, 2024

                                                       /s/ Laura Taylor Swain
                                                     LAURA TAYLOR SWAIN
                                                     Chief United States District Judge