<u>**MEMO ENDORSED**</u>

**WILLIAM T. MARTIN, ESQ.**
**108 Village Sq., SUITE 143**
**SOMERS, N.Y. 10589**
<u>wtmartin380@gmail.com</u>

Office: (914) 960 - 3288                    FAX: (718) 504 – 3783

October 23, 2024

<u>**VIA ECF**</u>
Hon. Laura Swain,
United States District Court Judge
500 Pearl St. – Room 703
New York, New York 10007

Re: Lorraine Findley v. HHC, et. al.
<u>Docket No. 1:23-cv-00946-LTS</u>

Dear Swain,

I am writing to you at this time, for your forbearance, because I missed the date for our response, and allowing me the opportunity to tender our Statement of Material Facts pursuant to F.R.C.P 56 and SDNY Local Rule 56.1. I apologize in advance for not seeking the court's permission for an extension of time.

If the court allows, I can have my response in by October 25, 2024.

Sincerely yours,

*William T. Martin*
William T. Martin, Esq.

WTM/fam
Cc:
    Alexandria Jean-Pierre, Esq.
    Henry "Hank" Carter

---

The foregoing request for an extension of time is granted <u>nunc pro tunc</u>. Defendant must file his response to Plaintiff's 56.1 Statement (docket entry no. 113) by October 28, 2024. Plaintiff may thereafter file a reply by November 4, 2024.
SO ORDERED.
October 25, 2024
/s/ Laura Taylor Swain, Chief USDJ