**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X
LORAINE FINDLEY,

                     Plaintiff,

      -against-                               23 **CIVIL** 946 (LTS)(RFT)

## **JUDGMENT**

HENRY J. CARTER, in his individual and official
capacities,

                     Defendant.
------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated March 31, 2025, Carter's motion is granted, and Plaintiff's remaining claims against Carter are dismissed. All claims as against all defendants having been resolved; accordingly, the case is closed.

**Dated:**  New York, New York

     March 31, 2025

                                                         **TAMMI M HELLWIG**
                                                          **Clerk of Court**

                                 **BY:**       *K. Mango*

                                                          **Deputy Clerk**